# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| City of North Adams, MA <br><br> *Plaintiff(s)* <br><br> v. <br><br> Amerisourcebergen Drug Corporation, et al. <br><br> *Defendant(s)* | Civil Action No. 1:18-op-45702 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant(s) name and address)* Rite Aid Corporation
30 Hunter Lane
Camp Hill PA 17011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ---- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Peterson, Esq.
HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC
500 Tracy Way
Charleston, WV 25311
jcpeterson@hpcbd.com

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 6/1/20

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*