# RITE AID CORPORATION
# PROOF OF SERVICE
# EX. A.  LISTING OF ALL CASES

**ALABAMA**

| | |
|---|---|
| Cullman, AL v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45248 |

**KENTUCKY**

| | |
|---|---|
| Morgan, KY v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45571 |

**NEW HAMPSHIRE**

| | |
|---|---|
| Town of Derry, NH v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45582 |
| Town of Franklin, NH v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46216 |
| Laconia, City of, NH v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45583 |
| Town of Londonderry, NH v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45727 |

**MASSACHUSETTS**

| | |
|---|---|
| Town of Agawam, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45792 |
| Town of Aquinnah, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46091 |
| Town of Athol, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45058 |
| Town of Ayer, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45570 |
| Town of Barnstable, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45862 |
| Town of Belchertown, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45905 |
| Beverly, City of, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45219 |
| Town of Bridgewater, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45754 |
| Brockton, City of, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46089 |
| Town of Brookline, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45062 |
| Town of Chelmsford, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45952 |
| Town of Clarksburg, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45882 |
| Town of Clinton, MA v Amerisourcebergen Drug Corporation, et al. | 1:19-op-46072 |
| Town of Danvers, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45760 |
| Town of Dedham, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45039 |
| Town of Dennis, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45124 |

| | |
|---|---|
| Town of Eastham, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45864 |
| Town of Easton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45920 |
| Town of Fairhaven, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45060 |
| Town of Falmouth, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46095 |
| Town of Georgetown, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45879 |
| Town of Grafton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45753 |
| Town of Holliston, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45874 |
| Town of Kingston, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46090 |
| Town of Leverett, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45836 |
| Town of Longmeadow, MA vs. Amerisourcebergen Drug Corp., et al. | 1:18-op-46097 |
| Town of Ludlow, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45906 |
| Town of Lunenburg, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46156 |
| Lynn, City of, MA v Amerisourcebergen Drug Corporation, et al. | 1:18-op-45789 |
| Town of Marblehead, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45791 |
| Town of Marshfield, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45752 |
| Town of Mashpee, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45755 |
| Town of Mattapoisett, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45890 |
| Town of Melrose, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-4595 |
| Town of Middleborough, MA v. Amerisourcebergen Drug Corp., et al. | 1:18-op-46200 |
| Town of Milford, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45783 |
| Town of Millbury, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46123 |
| New Bedford, City of, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45569 |
| North Adams, City of, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45702 |
| Town of North Andover, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46159 |
| Town of North Reading, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45856 |
| Town of Norton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45787 |
| Town of Norwell, MA v. Amerisourcebergen Drug Corporation et al. | 1:18-op-45815 |
| Town of Norwood, MA v. Amerisourcebergen Drug Corporation et al. | 1:19-op-45061 |

| | |
|---|---|
| Town of Orange, MA v. Amerisourcebergen Drug Corporation et al. | 1:19-op-45070 |
| Town of Oxford, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45568 |
| Town of Palmer, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45812 |
| Town of Peabody, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45860 |
| Pittsfield, City of, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45335 |
| Town of Plainville, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45808 |
| Town of Provincetown, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45125 |
| Town of Rehoboth, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45059 |
| Town of Rockland, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45824 |
| Town of Sandwich, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45891 |
| Town of Scituate, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45063 |
| Town of Seekonk, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45881 |
| Town of Sheffield, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46001 |
| Town of Shirley, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45880 |
| Town of Somerset, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45769 |
| Town of South Hadley, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46000 |
| Town of Spencer, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45809 |
| Town of Stoneham, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46164 |
| Town of Stoughton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45023 |
| Town of Sturbridge, MA v. Amerisourcebergen Drug corporation, et al. | 1:18-op-45990 |
| Town of Sudbury, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45877 |
| Town of Sutton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45810 |
| Town of Swampscott, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45911 |
| Town of Templeton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45784 |
| Town of Tewksbury, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45077 |
| Town of Truro, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45816 |
| Town of Tyngsborough, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45770 |
| Town of Upton, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46160 |

| | |
|---|---|
| Town of Walpole, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46093 |
| Town of Ware, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45907 |
| Town of Wellfleet, MA v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45556 |
| Town of West Boylston, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45858 |
| Town of West Bridgewater, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46102 |
| Town of West Springfield, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45813 |
| Town of Westborough, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45859 |
| Town of Westford, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46007 |
| Town of Williamsburg, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45883 |
| Town of Wilmington, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46158 |
| Town of Winthrop, MA v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45814 |

**NORTH CAROLINA**

| | |
|---|---|
| Alamance County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45615 |
| Ashe County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46185 |
| Beaufort County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45261 |
| Brunswick County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45222 |
| Buncombe County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:17-op-45153 |
| Burke County, NC v. Amerisourcebergen Drug Corporation, et. al. | 1:18-op-45184 |
| Caldwell County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45263 |
| Camden County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45001 |
| Carteret County, NC v. Amerisourcebergen Drug Corporation, et al | 1:18-op-45587 |
| Catawba County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45145 |
| Columbus County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45847 |
| Craven County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45660 |
| Cumberland County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46031 |
| Dare County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45683 |
| Davie County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46207 |
| Fayetteville, City of, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45726 |
| Forsyth County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45605 |

| Case | Number |
|---|---|
| Franklin County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46216 |
| Gaston County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45166 |
| Granville County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45342 |
| Greensboro, City of, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45289 |
| Guilford County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45340 |
| Halifax County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45376 |
| Haywood County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45014 |
| Henderson, City of, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45768 |
| Hickory, City of, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46307 |
| Jacksonville, City of, NC v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45115 |
| Lee County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45290 |
| Lenoir County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45991 |
| Lincoln County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45719 |
| Martin County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45522 |
| McDowell County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45524 |
| Moore County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-46028 |
| New Hanover County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45006 |
| Onslow County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45114 |
| Orange County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45308 |
| Person County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45276 |
| Pitt County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45208 |
| Randolph County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45275 |
| Richmond County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45586 |
| Rockingham County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45015 |
| Rowan County, NC v. Amerisourcebergen Drug Corporation, et. al. | 1:18-op-45799 |
| Rutherford County, NC v. Amerisorucebergen Drug Corporation, et al. | 1:18-op-45243 |
| Scotland County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45536 |
| Stokes County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45185 |
| Surry County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45086 |

| | |
|---|---|
| Vance County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45759 |
| Watauga County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45525 |
| Wayne County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45585 |
| Wilkes County, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45239 |
| Wilmington, City of, NC v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45684 |
| Winston-Salem, City of, NC v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45658 |
| Yadkin County, NC v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45014 |
| **RHODE ISLAND** | |
| Town of Barrington, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45469 |
| Town of Bristol, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45468 |
| Town of Burrillville, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45470 |
| Central Falls, City of, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45466 |
| Town of Charlestown, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45467 |
| Town of Coventry, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45471 |
| Cranston, City of, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45472 |
| Town of Cumberland, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45465 |
| Town of East Greenwich, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45515 |
| East Providence, City of, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45464 |
| Town of Foster, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45473 |
| Town of Glocester, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45474 |
| Town of Hopkinton, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45475 |
| Town of Jamestown, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45476 |
| Town of Johnston, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45462 |
| Town of Middletown, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45818 |
| Town of Narragansett, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45478 |
| Town of North Kingstown, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45477 |
| Town of North Providence, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45461 |
| Pawtucket, City of, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45463 |
| Town of Portsmouth, RI v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45554 |

| | |
|---|---|
| Town of Richmond, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45480 |
| Town of Scituate, RI v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45282 |
| Town of Smithfield, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45481 |
| Town of So. Kingstown, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45482 |
| Town of Warren, RI v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45281 |
| Warwick, City of, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45460 |
| Town of West Greenwich, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45483 |
| Town of West Warwick, RI v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45484 |
| Town of Westerly, RI v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45485 |
| Woonsocket, City of, RI v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45328 |

**TENNESSEE**

| | |
|---|---|
| Claiborne, TN v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45658 |

**TRIBES**

| | |
|---|---|
| Houlton Band of Maliseet Indians v. Amerisourcebergen Drug Corp., et al. | 1:19-op-45315 |

**VERMONT**

| | |
|---|---|
| St. Albans, VT v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45721 |

**WEST VIRGINIA**

| | |
|---|---|
| Greenbrier County, WV v. Amerisourcebergen Drug Corporation, et al. | 1:19-op-45080 |